UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GUERRA & MOORE, LTD., LLP, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 7:11-CV-299 |
| MARCO A. CANTU, *et al*, | § § § | |
| Defendants. | § § | |

## ORDER TO SHOW CAUSE

The Court hereby **ORDERS** that Marco A. Cantu shall appear before the Court on January 10, 2019, at 10:30 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas, and show cause why he should not be held in contempt for failure to produce to Plaintiff certain accounting information required to be periodically produced pursuant to paragraph 8(a-e) of this Court's Order of June 6, 2016 (Dkt. No. 154), which the Court entered by agreement of the parties.

SO ORDERED this 28th day of November, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge