November 04, 2019

United States District Court
Southern District of Texas
FILED

NOV 0 4 2019

David J. Bradley, Clerk

Mark A. Cantu
Fountainview
801 West Nolana Avenue, Suite #320
McAllen, Texas 78504

**<u>HAND DELIVERY</u>**
US District Court Clerk
**Southern District of Texas**
1701 W. Us Highway 83, Ste 1011
McAllen, Texas 78501

      Re:    Cause No. 7:11-CV-0299; Guerra & Moore Ltd LLP v. Cantu et al; In the United States District Court Southern District of Texas McAllen Division

## NOTICE TO THE COURT

Enclosed are the bank statements for Mark Cantu for October 2019.

Thank you for your assistance in this matter. If you should have any questions, please do not hesitate to call.

                                         Respectfully,

                                         Mark A. Cantu

MAC/spd
Enclosure

cc:    Mr. David Lumbar                  *Via Facsimile: 956-686-4200*
       **GUERRA & MOORE, LTD., L.L.P.**
       4201 North McColl Rd.
       McAllen, Texas 78504