September 03, 2021

Mark A. Cantu
Fountainview
801 West Nolana Avenue, Suite #320
McAllen, Texas 78504

United States Courts
Southern District of Texas
FILED
*September 07, 2021*
Nathan Ochsner, Clerk of Court

**HAND DELIVERY**
US District Court Clerk
**Southern District of Texas**
1701 W. Us Highway 83, Ste 1011
McAllen, Texas 78501

  Re: Cause No. 7:11-CV-0299; Guerra & Moore Ltd LLP v. Cantu et al; In the United States District Court Southern District of Texas McAllen Division

## NOTICE TO THE COURT

Enclosed are the bank statements for Mark Cantu for August 2021.

Thank you for your assistance in this matter. If you should have any questions, please do not hesitate to call.

          Respectfully,

          Mark A. Cantu

MAC/spd
Enclosure

cc: Mr. David Lumbar    *Via Facsimile: 956-686-4200*
   **GUERRA & MOORE, LTD., L.L.P.**
   4201 North McColl Rd.
   McAllen, Texas 78504